1 | Anthony L. Hall, Esq.
Nevada Bar No. 5977
2 | R. Calder Huntington, Esq.
Nevada Bar No. 11996
3 | HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
4 | Las Vegas, Nevada 89134
Tel: (702) 669-4600
5 | Fax: (702) 669-4650
ahall@hollandhart.com
6 | dcbrinkerhoff@hollandhart.com

7 | Brandon L. Sylvia, Esq. *(admitted pro hac vice)*
RUTAN & TUCKER, LLP
8 | 611Anton Boulevard, Suite 1400
Costa Mesa, California 92626
9 | Tel: (714) 641-5100
bsylvia@rutan.com
10 |
*Attorneys for Defendant*
11 | *World Pack USA, LLC*

*(left margin, vertical text)* HOLLAND & HART LLP · 9555 Hillwood Drive, 2nd Floor · Las Vegas, NV 89134 · Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ANGELICA GARCIA JIMENEZ,<br><br>               Plaintiff,<br><br>vs.<br><br>WORLD PACK,<br><br>               Defendant. | Case No. :  2:15-cv-02375-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff Maria Angelica Garcia Jimenez ("Plaintiff") and Defendant World Pack USA, LLC (erroneously named as World Pack ("Defendant")), with World Pack acting by and through its counsel of record and Plaintiff acting *pro se*, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to voluntary dismissal with prejudice of the above captioned action and all

/ / /

/ / /

/ / /

associated claims, each party to bear their own attorneys' fees and costs:

DATED this 30th day of March, 2016.

| By: *Maria Angelica Garcia* | By: |
|---|---|
| Maria Angelica Garcia Jimenez | Anthony L. Hall, Esq. |
| 3550 Paradise Road, #606 | Nevada Bar No. 5977 |
| Las Vegas, Nevada 89164 | R. Calder Huntington, Esq. |
| | Nevada Bar No. 11996 |
| *Plaintiff appearing pro per* | 9555 Hillwood Drive, 2nd Floor |
| | Las Vegas, Nevada 89134 |
| | |
| | Brandon L. Sylvia, Esq. *(admitted pro hac vice)* |
| | RUTAN & TUCKER, LLP |
| | 611 Anton Boulevard, Suite 1400 |
| | Costa Mesa, California 92626 |
| | |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

**DATED this** 21 **day of** April , 2016

**UNITED STATES DISTRICT JUDGE**

8597507_1

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ◆ Fax: (702) 669-4650